# IN THE SOUTHERN DISTRICT COURT OF WEST VIRGINIA

Oscar L. Finley,
    Plaintiff

v.                            2:14-cv-26206

Governor Earl Ray Tomlin,
Commissioner Jim Rubenstein
Warden David Ballard
Deputy Warden Ralph Terry
Patrick Jenizewski, Institutional Investigator
Jerry Auxier, State Shop Supervisor,
    Defendants



FILED
SEP 25 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## NOTICE OF INTENT TO FILE 1983 CIVIL RIGHTS COMPLAINT

This notice is to be held until Plaintiff has exhausted his correctional remedies. This action falls under the abuse of discretion by defendant Auxier and upheld by staff, which the plaintiff was terminated from his job and given a frivolous disciplinary action. The plaintiff declares that he will be denied the right to a fair trial by a biased hearing officer, Brian Greenwood. The plaintiff declares that he was verbally sexually assaulted and the staff has upheld the sexual abuse by abuse of discretion and by disciplinary action and termination from position in State Shop. Exhibits are attached.

Respectfully submitted,

Oscar L. Finley

Oscar L. Finley, pro se Plaintiff

## CERTIFICATE OF SERVICE

    I, Oscar L. Finley, plaintiff, hereby certifies that enclosed is the original Notice of Intent to file 1983 Civil Rights Complaint, served upon the United States District Court for the Southern District of West Virginia this _____ day of September, 2014, to secure his Constitutional Rights that was deprived from him by the said defendants Govornor Earl Ray Tomlin; Commissioner Jim Rubenstien; Warden David Ballard; Deputy Warden Ralph Terry; Institutional Investigator Patrick Jenizewski; and State Shop Supervisor Terry Auxier.

TO:

Ms. Teresa Depner, Clerk
United States District Court
Robert C. Byrd U.S. Courthouse
300 Virginia Street, East, Room 2400
Charleston, WV  25301

                                          Respectfully submitted,

                                          *Oscar L. Finley*

                                          Oscar L. Finley, pro se